FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2015 AUG 14 PM 3:18

Jacksonville Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

CIVIL RIGHTS COMPLAINT FORM

Matthew Lawrence Duncan
2015005372

CASE NUMBER: 3:15-cv-1016-J-39MCR
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

M.R. Williams #73284
G.J. Foxworth #6701
S.T. Stevenson #7898
D.A. Flatt #67541

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

Jacksonville Sheriff's office

ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Duval County Pretrial facility
   (Indicate the name and location)
   500 East Adams street Jacksonville, Fl 32202

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

DC 225 (Rev 2/2012)

1

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

   4. Name of judge: _____

   5. Briefly describe the facts and basis of the lawsuit: _____

      _____

      _____

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

      _____

      _____

   7. Approximate filing date: _____

   8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____ Not Applicable _____

_____

_____

IV. PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Matthew Lawrence Duncan

Mailing address: 500 East Adams Street Jacksonville, Fl 32202

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Jacksonville Sheriff's office

Mailing Address: 501 East Bay Street Jacksonville, Fl 32202

Position: Government

Employed at: _____

D. Defendant: M.R. Williams #73284

Mailing Address: 501 East Bay Street Jacksonville, Fl 32202

DC 225 (Rev 2/2012)                                   3

Position: Officer

Employed at: Jacksonville sheriff's office

E. Defendant: G.J. Foxworth #6701

Mailing Address: 501 East Bay Street Jacksonville, fl 32202

Position: Sergeant

Employed at: Jacksonville sheriff's office

F. Defendant: S.T. Stevenson

Mailing Address: 501 East Bay Street Jacksonville, fl 32202

Position: Officer

Employed at: Jacksonville sheriff's office

G. Defendant: D.A. Flatt #67541

Mailing Address: 501 East Bay street Jacksonville, fl 32202

Position: Officer

Employed at: Jacksonville sheriff's office

V.  STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

Excessive use of force in violation of the fourth Amendment of the United States Constitution.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

A) The actions of police officers #1-M.R. Williams, #2-G.J. Foxworth, and #3-S.T. Stevenson in using physical force without need or provocation were done maliciously and sadistically and constitutes excessive use of force in violation of the fourth Amendment of the United States Constitution.

B) The actions of defendants, M.R. Williams, G.J. Foxworth, and S.T. Stevenson in using physical force against plaintiff without need or provocation constituted the tort of assault and

battery under Florida State law.

C.) The actions of defendants, officer M.R. Williams, G.J. Foxworth, and, S.T. Stevenson in using physical means to thwart the plaintiff's pleas for help interfered with the plaintiff's right to redress, in violation of the First Amendment of the United States Constitution.

D.) The actions of police officer #4 - D.A. Flatt's failure to intervene in physical assault and means to thwart plaintiff's pleas for help interfered with the plaintiff's right to redress in violation of the First Amendment of the United States Constitution.

E.) The actions of M.R. Williams in taunting and threatening the plaintiff during and after the physical force constituted the tort of intentional infliction of emotional distress under Florida State law.

VII. <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

A.) Award compensatory damages jointly and severally against:-

defendants police officer #1, 2, and 3 for the physical and emotional injuries sustained as a result of plaintiff's beating and restraining; 2-defendant police officer #4 for emotional injuries resulting from failure to intervene. B) Award compensatory damages against defendants #1, 2, and 3 for the fright, revulsion, humiliation, and despair caused by threats and torture. C) Issue injunction ordering defendant Jacksonville sheriff's office to 1.) Enforce use of body cameras for officers D) Award punitive damages as it may be entitled E) Grant such other relief as it may appear plaintiff may be entitled

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 10th day of August, 2015.

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☑ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 12th day of August, 2015.